BIRNEY BLACKWELL, Appellant, *v.* THE GLIDDEN COMPANY, Respondent.

*Contract — when alleged oral contract for commissions so indefinite as to be unenforcible.*

*Blackwell* v. *Glidden Co.*, 208 App. Div. 317, affirmed.

(Argued October 8, 1924; decided October 24, 1924.)

APPEAL from a judgment, entered March 27, 1924, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The action was to recover upon an alleged oral contract for commissions. The Appellate Division held that the contract, as testified to by plaintiff, was so indefinite as to be unenforcible.

*J. M. Blackwell* and *George E. Blackwell* for appellant.

*Roger Hinds* for respondent.

Judgment affirmed, with costs, on ground that plaintiff made no sales upon which he is entitled to claim and recover commissions.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: LEHMAN, J.